## Sturgeon v. Apollo Oil & Gas Company (No. 2).

Argued March 4, 1902.   Appeal, No. 29, Oct. T., 1902, by defendant, S. W. Vandersaal, from decree of C. P., No. 1, Allegheny Co., March T., 1900, No. 522, on bill in equity in case of George A. Sturgeon v. Apollo Oil & Gas Company, Limited, L. T. Yoder and S. W. Vandersaal.   Before McCollum, C. J., Dean, Fell, Mestrezat and Potter, JJ.   Affirmed.

*Willis F. McCook*, for appellant.

*James W. Lee* and *John B. Chapman*, for appellee.

Opinion by Mr. Justice Dean, October 13, 1902.
In appeal by Apollo Oil & Gas Company from this same de-

cree, we this day in opinion handed down, affirmed the decree of the court below. It follows from that decree that this one should be affirmed.

Decree affirmed accordingly.